# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY SERLIS : | |
| : | |
| v. : | CIVIL ACTION NO. 16-1024 |
| : | |
| MICHAEL'S FAMILY RESTAURANT : | |
| III, INC., ET AL. : | |

## O R D E R

This __13th__ day of __March__, 2017, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

        **KATE BARKMAN**, Clerk of Court

        **BY:**    /s/ Patricia Clark
                Civil Deputy to Judge McHugh

Copies EMAILED on 3/13/17 to:

Adam C. Lease, Esquire
Katie A. Pilgren, Esquire
Ari Risson Karpf, Esquire
Thomas Paschos, Esquire